# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **WILLIAM R. ROCKEL, JR.,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 7:08-cv-144 (HL) |
| | : |
| **TIM WATKINS, individually, and** | : |
| **in his official capacity as a Deputy** | : |
| **Sheriff, and R. CARLTON POWELL,** | : |
| **in his capacity as Thomas County** | : |
| **Sheriff,** | : |
| | : |
| Defendants. | : |
| _____ | : |

## ORDER

Plaintiff, William R. Rockel, Jr., has filed a document styled as a "Suggestion to Clarify Inconsistent Syntax" (Doc. 22). Within the document itself, Plaintiff refers to it as a "Motion," and states that it is filed to "correct syntax confusion in the interest of clarification of the pleadings." (Doc. 22 at 1.) The Court construes this pleading as a Motion to Amend the Complaint. Therefore, the Clerk is directed to docket Plaintiff's "Suggestion to Clarify Inconsistent Syntax" as a Motion to Amend the Complaint and to put the Motion on the standard briefing schedule.

**SO ORDERED**, this 13th day of March, 2009.

                                                *s/ Hugh Lawson*
                                                **HUGH LAWSON, SENIOR JUDGE**

mls