UNITED STATES DISTRICT COURT

WILLIAM R. ROCKEL, JR.,

    Plaintiff,

vs.                                                    CIVIL ACTION NO. 7:08-CV-144

TIM WATKINS, individually, and in his
official capacity as a Deputy Sheriff, and
THOMAS COUNTY, GEORGIA, a

    Defendants.
_____/

## CONSENT ORDER

**1**.

On November 24, 2009, this Court entered an order (Doc. 70) that granted a motion for summary judgment that were filed by defendants Carlton Powell ("Powell") and Tim Watkins ("Watkins"), who are the only defendants in the above-styled action. The following day, the Court entered a judgment (Doc. 71) in favor of Powell and Watkins. For and in consideration of the waiver by Plaintiff of his right to initiate an appeal from the above-referenced order judgment, Powell and Watkins have agreed to waive their rights to recover any costs from Plaintiff, including costs associated with the order granting summary judgment and the judgment entered in connection with that order.

**2.**

For and in consideration of the waiver by Powell and Watkins of their rights to recover costs from Plaintiff, Plaintiff has agreed to waive his right to initiate an appeal in regard to the

Page 1 of 3 pages, Consent Order
William A. Rockel, Jr. v. Thomas County, Georgia, et al.
Civil Action No. 7:08-CV-144, United States District Court, Middle District of Georgia

order (Doc. 70) that granted summary judgment to Powell and Watkins, and the judgment entered in connection with that order. (Doc. 71.)

Therefore, it appearing to the Court by the signatures of counsel for all of the parties to this action that an agreement has been reached that will terminate this matter between Plaintiff and Powell and Watkins with no further action required from this Court or any appellate court, it is, hereby, ORDERED and ADJUDGED as follows:

a. Powell and Watkins shall not seek or recover costs in this matter, including, but not limited to, any costs associated with the order granting summary judgment (Doc. 70) that was entered on November 24, 2009, or the judgment entered in connection with that order. (Doc. 71.)

b. Plaintiffs shall not file a Notice of Appeal or take any steps to initiate an appeal in regard to this case, including any appeal of the order granting summary judgment to Powell and Watkins that was entered on November 24, 2009 (Doc. 70), or in regard to the judgment entered in connection with that order. (Doc. 71.)

c. This order shall constitute a final judgment as between these parties.

**SO ORDERED** this **14th** day of December, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
SENIOR JUDGE

Page 2 of 3 pages, Consent Order
William A. Rockel, Jr. v. Thomas County, Georgia, et al.
Civil Action No. 7:08-CV-144, United States District Court, Middle District of Georgia

CONSENTED TO BY:

/s/ John W. Roper_____
John W. Roper Bar No. 614159
P.O. Box 429
Columbus, Georgia 31902
(706) 596-1010
jwroperlaw@aol.com
Attorney for Plaintiff


s/Raleigh W. Rollins_____
Raleigh W. Rollins   Bar No. 613860
ALEXANDER & VANN, LLP
411 Gordon Avenue
Thomasville GA 31792
Phone:  (229) 226-2565
Fax: (229) 228-0444
E-mail: rrollins@alexandervann.com
Attorney for Defendants


I certify that the original executed document contains the signatures of all filers indicated herein and therefore represent consent for filing of this document.

Page 3 of 3 pages, Consent Order
William A. Rockel, Jr. v. Thomas County, Georgia, et al.
Civil Action No. 7:08-CV-144, United States District Court, Middle District of Georgia